FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

AUG 29 2011

Stephan Harris, Clerk
Casper

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 11 cr 214-J |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 111(a)(1) |
| | ) | (Assault, Resisting, or Impeding |
| v. | ) | Certain Officer or Employee) |
| | ) | |
| CHARLES E. PATTERSON, | ) | |
| | ) | |
| Defendant. | ) | |

### INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 28, 2011, in the District of Wyoming, the Defendant, **CHARLES E. PATTERSON,** did forcibly resist, oppose, impede, intimidate, and interfere with Officer Craig D. Wheeler and Officer Gerald L. Messick, VA Police, Sheridan, Wyoming, while they were engaged in the performance of their official duties.

In violation of 18 U.S.C. § 111(a)(1)

DATED this **29th** day of August, 2011.

Respectfully submitted,

CHRISTOPHER A. CROFTS
United States Attorney

By: _____
TODD I. SHUGART
Assistant United States Attorney

# PENALTY SUMMARY

**DATE:**             August 29, 2011

**DEFENDANT NAME:**   **CHARLES E. PATTERSON**

**VICTIM:**           YES

**OFFENSE AND PENALTIES:**

OFFENSE:              **18 U.S.C. § 111(a)(1)**
                      (Assault, Resisting, or Impeding Certain Officer or Employee)

PENALTIES:            NMT 1 YEAR IMPRISONMENT
                      NMT $100,000 FINE
                      NMT 1 YEAR SUPERVISED RELEASE
                      $25 SPECIAL ASSESSMENT
                      CLASS "A" MISDEMEANOR

**AGENT:**   Office Craig Wheeler/VA    **AUSA:**   TODD I. SHUGART

**ESTIMATED TIME OF TRIAL:**            **INTERPRETER NEEDED:**

✓ five days or less                     ___ Yes
___ over five days                      ___ No
___ other

**THE GOVERNMENT:**

✓ will                                  ___ The court should not grant bond
                                            because the defendant is not bondable
___ will not                                because there are detainers from other
                                            jurisdictions

**SEEK DETENTION IN THIS CASE.**