FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

AUG 29 2011

Stephan Harris, Clerk
Casper

TODD I. SHUGART
Assistant United States Attorney
District of Wyoming
P. O. Box 22211
Casper, WY 82602-5010
(307) 261-5434

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | Criminal No. 11 CR 214-J |
| ) | |
| v. ) | MOTION FOR DETENTION HEARING |
| ) | |
| **CHARLES E. PATTERSON,** ) | |
| ) | |
| Defendant. ) | |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u> This case is eligible for a detention order because the case involves the following:

      \_\_ Crime of violence (18 U.S.C. § 3156)

      \_\_ Maximum sentence life imprisonment or death

      \_\_ 10+ year drug offense

      ✓ Serious risk Defendant will flee

      \_\_ Felony, with two prior convictions in above categories

      \_\_ Serious risk obstruction of justice

2. <u>Reason for Detention.</u> The court should detain the Defendant because there are no conditions of release which will reasonably assure:

- ✓ Defendant's appearance as required

- ___ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will not invoke the rebuttable presumption against the Defendant under § 3142(e). The presumption applies because:

- ___ Probable cause to believe Defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

- ___ Probable cause to believe Defendant committed the crime of child exploitation

- ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time for Detention Hearing.</u> The United States requests the Court conduct the detention hearing:

- ___ At first appearance

- ✓ After a continuance of three days

DATED this 29th day of August, 2011.

                                        Respectfully submitted,

                                        CHRISTOPHER A. CROFTS
                                        United States Attorney

By: _/s/ Todd I. Shugart_
            TODD I. SHUGART
            Assistant United States Attorney

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

AUG 29 2011

Stephan Harris, Clerk
Casper

TODD I. SHUGART
Assistant United States Attorney
District of Wyoming
P. O. Box 22211
Casper, WY 82602-5010
(307) 261-5434

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Criminal No. 11 CR 214-J |
| | ) |
| v. | ) MOTION FOR DETENTION HEARING |
| | ) |
| CHARLES E. PATTERSON, | ) |
| | ) |
| Defendant. | ) |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u> This case is eligible for a detention order because the case involves the following:

    __ Crime of violence (18 U.S.C. § 3156)

    __ Maximum sentence life imprisonment or death

    __ 10+ year drug offense

    ✓ Serious risk Defendant will flee

    __ Felony, with two prior convictions in above categories

    __ Serious risk obstruction of justice

2. <u>Reason for Detention.</u> The court should detain the Defendant because there are no conditions of release which will reasonably assure:

  ✓  Defendant's appearance as required

  __  Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will not invoke the rebuttable presumption against the Defendant under § 3142(e). The presumption applies because:

  __  Probable cause to believe Defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

  __  Probable cause to believe Defendant committed the crime of child exploitation

  __  Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time for Detention Hearing.</u> The United States requests the Court conduct the detention hearing:

  __  At first appearance

  ✓  After a continuance of three days

DATED this 29th day of August, 2011.

                           Respectfully submitted,

                           CHRISTOPHER A. CROFTS
                           United States Attorney

By: *[signature]*
      TODD I. SHUGART
      Assistant United States Attorney

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

AUG 29 2011

Stephan Harris, Clerk
Casper

TODD I. SHUGART
Assistant United States Attorney
District of Wyoming
P. O. Box 22211
Casper, WY 82602-5010
(307) 261-5434

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 11 CR 214-J |
| ) | |
| v. ) | MOTION FOR DETENTION HEARING |
| ) | |
| CHARLES E. PATTERSON, ) | |
| ) | |
| Defendant. ) | |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u> This case is eligible for a detention order because the case involves the following:

　　__　Crime of violence (18 U.S.C. § 3156)

　　__　Maximum sentence life imprisonment or death

　　__　10+ year drug offense

　　✓　Serious risk Defendant will flee

　　__　Felony, with two prior convictions in above categories

　　__　Serious risk obstruction of justice

2. <u>Reason for Detention.</u> The court should detain the Defendant because there are no conditions of release which will reasonably assure:

✓ Defendant's appearance as required

___ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will not invoke the rebuttable presumption against the Defendant under § 3142(e). The presumption applies because:

___ Probable cause to believe Defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

___ Probable cause to believe Defendant committed the crime of child exploitation

___ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time for Detention Hearing.</u> The United States requests the Court conduct the detention hearing:

___ At first appearance

✓ After a continuance of three days

DATED this 29th day of August, 2011.

                                      Respectfully submitted,

                                      CHRISTOPHER A. CROFTS
                                      United States Attorney

By: _____
            TODD I. SHUGART
            Assistant United States Attorney