# United States District Court
## District of Wyoming

UNITED STATES OF AMERICA

☐ Violation Notice ☑ Information ☐ Complaint

VS

Charles E Patterson
Defendant

Citation No. VASH 2995016 &2 others
Case No. 11mj214-RMS
Date Violation Notice Issued 8/28/11
Place VA Sheridan
Violation Charged: Entering a VA property under the influence of alcohol and Assault on a Government employee

Before the Honorable R. Michael Shickich

Interpreter _____ Telephone _____
Time 4:51-5:16
Tape No. _____ Date 8/29/11

Darci Smith — Deputy Clerk
Karen Bila — Probation Officer
_____ — Court Reporter
Todd Shugart — Asst. U.S. Attorney
Berg/Schauer — U.S. Marshal

☐ Failed to appear     Warrant issued on _____

☑ Appeared
　☐ Voluntarily    ☑ In-Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing _____
　☐ FPD    ☐ PANEL-CJA    ☐ RETAINED

☑ Attorney waived

☐ Court orders case continued to _____ at _____
　reason _____

☐ Bail is set at _____
　☐ Unsecured    ☐ Cash/Surety    ☐ P/R-No Amount

☐ Conditions of release _____

☑ Defendant executes consent to be tried by U.S. Magistrate Judge

☑ Waiver of Jury Trial/Class A Misdemeanor

Proceedings Sheet - Petty Offenses/Misdemeanors

g:\zs\intranet\website\forms\petty-mag.pdf     Revised July 20, 2011   (supercedes all previous versions)     Page 1 of 2

- [x] Defendant executes consent to transfer petty offense for plea and sentence
- [x] Informed of charges and rights    Date 8/29/11
- [x] Defendant arraigned    Date 8/29/11    Defendant enters [ ] Not Guilty Plea    [x] Guilty
- [x] Court accepts plea
- [ ] Trial    Witnesses
- [ ] Disposition
  - [ ] Not Guilty
  - [x] Guilty    as to count 1 charged in the Information and VASH 2995016
  - [x] Dismissed    VASH 2995017 & VASH 2995018
  - [ ] Collateral Forfieted
- [ ] PSI ordered
- [x] Sentence    Date 8/29/11
- [ ] Imposition of jail sentence suspended
- [x] Committed to custody for a period of  30 days
- [ ] Probation for a period of
  - [ ] W Supervision    [ ] W/O Supervision
- [ ] Special conditions of probation
- [x] Fined  500.00    Payable within 40 days to Clerk, US District Court
- [ ] Restitution _____  To
- [x] Special Assessment  25.00 as to Count 1 of Information; 10.00 as to violation
- [x] $25 Processing Fee
- [ ] Defendant advised of right to appeal
- [x] Other  The AUSA advised the Court of their intent to recommend treatment to the VA hospital in Sheridan and they will contact the VA administration to recommend continued placement for the defendant.

Proceedings Sheet - Petty Offenses/Misdemeanors