FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

AUG 29 2011

Stephan Harris, Clerk
Casper

# United States District Court
## For The District of Wyoming

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 11cr214-J |
| Charles E Patterson, | ) |
| Defendant. | ) |

**WAIVER BY DEFENDANT OF RIGHT
TO BE REPRESENTED BY COUNSEL,
EITHER RETAINED OR APPOINTED**

I, Charles Patterson, defendant in the above designated action, having appeared on the 29 day of August, 2011, before ~~William C.~~ R. Michael Shickich, ~~Beaman~~, United States Magistrate Judge for the District of Wyoming, who has fully informed me of: (1) the charges(s) set forth in the complaint or violation notice; (2) the range of penalties, including the maximum sentence of confinement and fine, that may be imposed upon conviction; (3) my right to be represented by counsel and that if I am financially unable to employ counsel, I may request the Court to appoint counsel to represent me; and (4) that the Court will not appoint counsel if a sentence of confinement will not be imposed; do hereby, with the full understanding of the charge(s) and with full realization that in defending this charge(s) the experience and professional training of an

attorney would be helpful, specifically waive the right to be represented by counsel in this case, either retained or appointed, and I do hereby state that the above-named Magistrate Judge has made personal inquiry of me to ascertain my thorough knowledge and understanding of all that I have herein stated.

_____
DEFENDANT

_____
COUNSEL FOR DEFENDANT (IF ANY)

Dated this 29th day of August, 2011.

_____
JUDGE