FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

AUG 3 1 2011

Stephan Harris, Clerk
Casper

# UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA | MISDEMEANOR JUDGMENT |
| V. | |
| Charles E Patterson<br>Sheridan, WY | CASE NUMBER: 11cr214-J |
| | Pro Se<br>Defendant's Attorney |

THE DEFENDANT ENTERED A PLEA OF:

- Guilty as to the charge of 18 USC 111(a)(1) - Assault, Resisting, or Impeding Certain officer or Employee and as to violation VASH 2995016- Entering a VA Controlled Property while Under the Influence of an Alcoholic Beverage.

BASED ON THIS PLEA, there was an adjudication of guilty, and the Defendant was found guilty by the Court.

VIOLATION NOTICES 2995017 AND 2995018 AND 2992019 were dismissed upon motion of the U.S. Attorney.

IT IS THE JUDGMENT OF THIS COURT THAT:

Defendant, Charles E Patterson, is sentenced to 30 days of incarceration and a fine of $500.00.

Pursuant to Title 18, U.S.C. Section 3013 defendant is obligated to pay two special assessment fees: one in the amount of $25.00 and the other in the amount of $10.00 for a total of $35.00.

Defendant is also ordered to pay the processing fee in the amount of $25.00.

Any financial obligations not paid immediately or through the Bureau of Prisons Inmate Financial Responsibility Program shall be paid in full within 30 days of release from incarceration.

Payments for monetary obligations shall be made payable by cashier's check or money order to the:

Clerk, US District Court
2120 Capital Ave #2131
Cheyenne, WY 82601

IT IS FURTHER ORDERED that the defendant shall pay a special assessment of $ 35.00 pursuant to Title 18, U.S.C. Section 3013.

Until all fines, restitution, special assessments and costs are fully paid, the defendant shall immediately notify the United States Clerk's Office for this district of any change in name and address.

_August 30, 2011_  
Date of Imposition of Sentence

_[signature]_  
Signature of Judicial Officer

_____  
Date  
Judge

_R. Michael Shickich, United States Magistrate_  
Name & Title of Judicial Officer

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____

_____, the institution designated by the Attorney General, with a certified copy of this Judgment in a Criminal Case.

_____  
United States Marshal

By _____  
Deputy Marshal